IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STACIE LEE AND JOHN LEE, Washington residents<br><br>Plaintiff,<br><br>vs.<br><br>WEBB ROAD MAINTENANCE GROUP, a Washington Limited Liability Company, and WILLIAM MACARAS,<br><br>Defendant. | NO. 3:19-cv-05889-RJB<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND CASE DEADLINES |

THIS MATTER came before this Court upon the Parties' Stipulated Motion to Extend Case Deadlines. Having reviewed the motion, being fully advised on the matter, and for good cause show, IT IS HEREBY ORDERED that the Stipulated Motion is GRANTED. The initial case schedule is amended as follows:

| | |
|---|---|
| THREE DAYS JURY TRIAL set for | May 3, 2021 at 09:30 AM |
| Deadline for the FILING of any motion to join parties | August 3, 2020 |
| Disclosure of expert testimony under FRCP 26(a)(2) | November 6, 2020 |
| All motions related to discovery must be FILED by | December 15, 2020 |
| Discovery COMPLETED by | January 6, 2021 |
| All dispositive motions must be FILED by | February 4, 2021 |

ORDER GRANTING STIPULATED MOTION TO EXTEND CASE DEADLINES

Page 1

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3558

| | |
|---|---|
| Motions in limine should be FILED by and NOTED on the motion calendar no later than the third Friday thereafter, but no later than the Friday before any scheduled pretrial conference. | April 5, 2021 |
| Agreed pretrial order LODGED with the court by | April 16, 2021 |
| Pretrial conference will be HELD on (COUNSEL SHALL REPORT TO CORUTROOM A) | April 23, 2021 at 8:30 AM |
| Trial briefs, proposed voir dire & jury instructions due * | April 23, 2021 |

Dated this 1st day of July, 2020.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge

_/s/ Bonnie Fong_
Bonnie Fong, WSBA # 51276
Conrad, Reynoldson, WSBA # 48187
Washington Civil & Disability Advocate
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 490-0962
bonnie@wacda.com

*Attorneys for Plaintiffs Trisha York*

_/s/ Shelly Andrew_
Diane Conway, WSBA # 28542
Shelly Andrew, WSBA # 41195
Gordon Thomas Honeywell LLP
1201 Pacific Avenue, Suite 2100
Tacoma, WA 98402
(253) 620-6500
dconway@gth-law.com

*Attorneys for Defendants*

ORDER GRANTING STIPULATED MOTION TO EXTEND CASE DEADLINES
Page 2

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3558