UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STACIE LEE and JOHN LEE, Washington residents,<br><br>Plaintiffs,<br>v.<br><br>WEBB ROAD MAINTTENANCE GROUP, a Washington LLC, and WILLIAM MACARAS,<br><br>Defendants. | CASE NO. 3:19-cv-05889-RJB-TLF<br><br>ORDER ON PLAINTIFFS' MOTION TO EXTEND CASE DEADLINES |

THIS MATTER comes before the Court on Plaintiffs' Motion to Extend Case Deadlines. Dkt. 26.  The Court has considered the motion and the remaining file.

In the pending motion, Plaintiffs move to extend the remaining case deadlines pursuant to Fed. R. Civ. P. 16(b)(4).  Defendants do not oppose the motion.  Plaintiffs demonstrate good cause to justify this continuance based on roadblocks created by the COVID-19 pandemic, and delay does not appear to prejudice Defendants.  Therefore, Plaintiffs' motion (Dkt. 26) is **GRANTED** and the case schedule is amended as follows:

ORDER ON PLAINTIFFS' MOTION TO EXTEND CASE DEADLINES - 1

| | |
|---|---|
| THREE-DAY BENCH TRIAL | November 1, 2021 at 9:30 a.m. |
| Disclosure of expert testimony under FRCP 26(a)(2) | May 5, 2021 |
| All motions related to discovery must be FILED by | June 14, 2021 |
| Discovery COMPLETED by | July 6, 2021 |
| All dispositive motions must be FILED by | August 3, 2021 |
| Motions in limine should be FILED by and NOTED on the motion calendar no later than the third Friday thereafter, but no later than the Friday before any scheduled pretrial conference | October 4, 2021 |
| Agreed pretrial order LODGED with the court by | October 15, 2021 |
| Pretrial conference will be held on (counsel shall report to courtroom A) | October 22, 2021 at 8:30 a.m. |
| Trial briefs, proposed voir dire, and jury instructions DUE | October 22, 2021 |

**IT IS SO ORDERED**.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 7th day of December, 2020.

*[signature]*

ROBERT J. BRYAN
United States District Judge