IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| STACIE LEE AND JOHN LEE, Washington residents,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>WEBB ROAD MAINTENANCE GROUP, a Washington Limited Liability Company, and WILLIAM MACARAS,<br><br>　　　　　　Defendants. | **NO. 3:19-cv-05889-RJB**<br><br>**JOINT STIPULATED MOTION TO EXTEND CURRENT DEADLINES; [PROPOSED] ORDER**<br><br>Noted for Consideration May 28, 2021 |

Pursuant to Fed. R. Civ. P. 16(b)(4), Plaintiffs Stacie and John Lee, and Defendants Webb Road Maintenance Group and William Macaras (collectively, "Parties"), by and through their respective undersigned attorneys, hereby move on a stipulated and agreed basis to extend the case schedule deadlines in this matter. In support of the Stipulated Motion, the Parties jointly state as follows:

The Parties respectfully request that this Court extend all current deadlines 60 days in this case. The Parties' proposed modified schedule, and a brief discussion of the rationale for this request, are below.

By modifying a case schedule to reflect a later deadline to conduct discovery, the parties will have the opportunity to conduct more in-depth investigation and further evaluate the merits of the case.

Pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure, "A schedule may be modified only for good cause and with the judge's consent." Good cause emphasizes the diligence of the party seeking to modify the pretrial scheduling order. Johnson v. Mammoth Recreations, Inc. 975 F.2d 604, 607-608 (9th Cir. 1992). Parties must "diligently attempt to adhere to that schedule throughout the subsequent course of the litigation." *Jackson v. Laureate*, Inc., 186 F.R.D. 605, 607 (E.D. Cal. 1999); see *Marcum v. Zimmer*, 163 F.R.D. 250, 254 (S.D.W. Va. 1995).

District courts have "broad discretion to manage discovery and to control the course of litigation under Federal Rule of Civil Procedure 16." *Hunt v. Cnty of Orange*, 672 F.3d 6060, 616 (9th Cir. 2012). Modifications are allowed to prevent manifest injustice. *Id*.

There is good cause to extend the discovery deadlines. The Parties agree that an extension will not prejudice either party.

Further, the Parties are in mutual agreement that settling this case is in the best interests of all parties. To that end, Counsel for Plaintiffs and Defendants have, over the past month, sent several settlements offers and counteroffers to one another.

The Parties are hopeful that they will be able to resolve all remaining issues in the coming weeks and will work diligently to do so. Extending all current deadlines in this case will allow the Parties to focus their efforts on finalizing a settlement in this matter, and thus, the Parties believe that there is good cause to approve their request.

Should the Parties be unable to reach full agreement on the terms of a settlement by **July 26, 2021** they will submit a brief joint case management statement to the Court on that date regarding their proposed path forward.

In consideration of the above, The Parties respectfully request that the Court modify all still-pending deadlines in this case (last modified in this Court's December 7th, 2020 Order, ECF No. 27), as follows:

| Event | Original Deadline | New Deadline |
|---|---|---|
| All motions related to discovery must be filed by | June 16, 2021 | August 16, 2021 |
| Deadline to Complete Discovery | July 6, 2021 | September 7, 2021 |
| Dispositive Motion Deadline | August 4, 2021 | October 4, 2021 |
| All motions *in limine* must be filed by | October 8, 2021 | December 7, 2021 |
| Agreed Pretrial Order due | October 15, 2021 | December 14, 2021 |
| Pretrial Conference | October 22, 2021 at 10:00 AM | December 21, 2021 at 10:00 AM |
| Trial briefs, proposed jury instructions, proposed voir dire, agreed neutral statement of the case, deposition designations, and trial exhibits due | October 22, 2021 | December 21, 2021 |

Respectfully submitted this 28th day of May, 2021 by:

*s/ Conrad Reynoldson*  
Conrad Reynoldson  
WSBA# 48187  
conrad@wacda.com  
(206) 876-8515

*s/ Marielle Maxwell*  
Marielle Maxwell  
WSBA#  
marielle@wacda.com  
(206) 876-8515

WASHINGTON CIVIL & DISABILITY ADVOCATE  
4115 ROOSEVELT WAY NE, SUITE B, SEATTLE, WA 98105

*Attorneys for Plaintiffs*

| | | |
|---|---|---|
| 1 | | |
| 2 | */s/ Dianne K. Conway* | */s/ Shelly M. Andrew* |
| | Dianne K. Conway | Shelly M. Andrew |
| 3 | WSBA# 28542 | WSBA# 41195 |
| | dconway@gth-law.com | sandrew@gth-law.com |
| 4 | (253) 620-6523 | (253) 620-6433 |

GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVE, SUITE 2100 TACOMA, WA 98402

*Attorneys for Defendants*

JOINT STIPULATED MOTION TO EXTEND
CURRENT DEADLINES; [PROPOSED]
ORDER - 4

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3172

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| STACIE LEE AND JOHN LEE, Washington residents,<br><br>Plaintiffs,<br><br>vs.<br><br>WEBB ROAD MAINTENANCE GROUP, a Washington Limited Liability Company, and WILLIAM MACARAS,<br><br>Defendant. | **NO. 3:19-cv-05889-RJB**<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND CURRENT DEADLINES** |

THIS MATTER came before this Court upon Plaintiffs' Motion to Extend Case Deadlines. Having reviewed the motion, being fully advised on the matter, and for good cause show, IT IS HEREBY ORDERED that the Motion to Extend Case Deadlines is GRANTED. The initial case schedule is amended as follows:

JOINT STIPULATED MOTION TO EXTEND CURRENT DEADLINES; [PROPOSED] ORDER - 5

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3172

| Event | Original Deadline | New Deadline |
|---|---|---|
| All motions related to discovery must be filed by | June 16, 2021 | August 16, 2021 |
| Deadline to Complete Discovery | July 6, 2021 | September 7, 2021 |
| Dispositive Motion Deadline | August 4, 2021 | October 4, 2021 |
| All motions *in limine* must be filed by | October 8, 2021 | December 7, 2021 |
| Agreed Pretrial Order due | October 15, 2021 | December 14, 2021 |
| Pretrial Conference | October 22, 2021 at 10:00 AM | December 21, 2021 at 10:00 AM |
| Trial briefs, proposed jury instructions, proposed voir dire, agreed neutral statement of the case, deposition designations, and trial exhibits due | October 22, 2021 | December 21, 2021 |

Dated this ____ day of _____, 2021.


_____

The Honorable Robert J. Bryan

United States District Judge

**CERTIFICATE OF SERVICE**

I, Marielle Maxwell, hereby certify under penalty of perjury under the laws of the State of Washington, that on the day set forth below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record for the defendant.

Signed at Seattle, Washington this 28th day of May, 2021.

*s/Marielle Maxwell*
Marielle Maxwell

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3172
marielle@wacda.com