UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STACIE LEE AND JOHN LEE, Washington residents,<br><br>                    Plaintiffs,<br>         v.<br><br>WEBB ROAD MAINTENANCE GROUP, a Washington Limited Liability Company, and WILLIAM MACARAS,<br><br>                    Defendants. | CASE NO. 19-5889 RJB<br><br>ORDER ON JOINT STIPULATED MOTION TO EXTEND CURRENT DEADLINES |

THIS MATTER comes before the Court on the parties' Joint Stipulated Motion to Extend Current Deadlines.  Dkt. 34.  The Court has considered the pleadings filed regarding the motion and the remaining file.

In their motion, the parties move for a two week extension of all current deadlines in the case. Dkt. 34.  They seek the extension, in part, to further settlement efforts.  *Id.*

Pursuant to Fed. R. Civ. P. 16(b)(4), the court may extend case deadlines for good cause.  The parties' motion (Dkt. 34) should be granted.  Sufficient good cause is stated in the parties'

ORDER ON JOINT STIPULATED MOTION TO EXTEND CURRENT DEADLINES - 1

motion (Dkt. 34) for an approximately two week extension of time for the date to begin trial and remaining case deadlines.  The parties did not propose a new trial date and some of the proposed deadlines do not comp;y with the typical case schedule set by this Court.  Accordingly, the deadlines should be reset in accordance with the undersigned's usual case schedule.  The Clerk of the Court should be directed to enter a scheduling order, extending all trial and remaining deadlines approximately two weeks.

**IT IS SO ORDERED**.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 16th day of August, 2021.

*[signature]*

ROBERT J. BRYAN
United States District Judge

ORDER ON JOINT STIPULATED MOTION TO EXTEND CURRENT DEADLINES - 2