IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STACIE LEE AND JOHN LEE, Washington residents,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>WEBB ROAD MAINTENANCE GROUP, a Washington Limited Liability Company, and WILLIAM MACARAS,<br><br>　　　　　Defendants. | NO. 3:19-cv-05889-RJB<br><br>**STIPULATED MOTION TO DISMISS** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Rule 10(g), Plaintiffs Stacie Lee and John Lee and Defendants Webb Road Maintenance Group and William Macaras, by and through their respective counsel of record, stipulate that Plaintiffs voluntarily dismiss, without fees and/or costs to either party, and do dismiss this entire action and all claims asserted against Webb Road Maintenance Group and William Macaras.

**IT IS SO STIPULATED.**

//

//

//

STIPULATED MOTION TO DISMISS - 1
(CASE NO. 3:19-cv-05889-RJB)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

WASHINGTON CIVIL & DISABILITY ADVOCATE

By: S/ Conrad Reynoldson
 Conrad Reynoldson, WSBA #48187
 Washington Civil & Disability Advocate
 4115 Roosevelt Way NE, Suite B
 Seattle, WA 98105
 P: 206-428-3558
 E: Conrad@wacda.com
 *Attorney for Plaintiffs*

GORDON THOMAS HONEYWELL LLP

By:  S/ Shelly Andrew
 Shelly Andrew, WSBA #41195
 Gordon Thomas Honeywell LLP
 1201 Pacific Avenue, Suite 2100
 Tacoma, WA 98402
 P: 253-620-6500
 E: sandrew@gth-law.com
 *Attorney for Defendants*

By: S/ Dianne K. Conway
 Dianne K. Conway, WSBA #28542
 Gordon Thomas Honeywell LLP
 1201 Pacific Avenue, Suite 2100
 Tacoma, WA 98402
 P: 253-620-6433
 E: dconway@gth-law.com
 *Attorney for Defendants*

STIPULATED MOTION TO DISMISS - 2
(CASE NO. 3:19-cv-05889-RJB)