IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STACIE LEE AND JOHN LEE, Washington residents,<br><br>  Plaintiffs,<br><br>  v.<br><br>WEBB ROAD MAINTENANCE GROUP, a Washington Limited Liability Company, and WILLIAM MACARAS,<br><br>  Defendants. | NO. 3:19-cv-05889-RJB<br><br>**STIPULATED MOTION TO DISMISS AND ORDER** |

**ORDER**

It is so ORDERED.  This case is dismissed without prejudice and without fees and/or costs to any party.

DATED this 26th day of August, 2021.

*Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge

STIPULATED MOTION TO DISMISS
AND ORDER - 1
(CASE NO. 3:19-cv-05889-RJB)